1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                         DISTRICT OF NEVADA

7                                * * *

8   PHILCOR TV & ELECTRONIC LEASING          )
    INC., etc.,                              )
9                                            )
                        Plaintiff,           )        2:12-cv-0825-PMP-RJJ
10                                           )
    vs.                                      )
11                                           )
    MICHAEL LUTHER, etc., *et al.*,          )        **ORDER**
12                                           )
                        Defendant.           )
13  _____)
    AND RELATED COUNTERCLAIM.                )
14  _____)

15          IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status

16  Reports on November 12, 2012, and January 11, 2013.

17          IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain

18  the following:

19          1.      Shall identify the discovery that has been completed;

20          2.      Shall identify the discovery that remains outstanding;

21          3.      Shall identify any pending discovery motions; and,

22          4.      Shall detail all attempts to settle the case.

23          DATED this   5th   day of November, 2012.

24

25

26  _____
    ROBERT J. JOHNSTON
27  nited States Magistrate Judge

28