# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHILCOR TV & ELECTRONIC LEASING INC., etc., | ) ) ) |
| Plaintiff, | 2:12-cv-0825-PMP-RJJ |
| vs. | |
| MICHAEL LUTHER, etc., *et al.*, | **ORDER** |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Reports on November 12, 2012, and January 11, 2013.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  5th  day of November, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge